**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 08-2384

———————————

WILLA GLOVER,

            Plaintiff - Appellant,

      v.

FOOD LION, INCORPORATED,

            Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:07-cv-04064-CWH-RSC)

———————————

Submitted:  April 16, 2009          Decided:  April 20, 2009

———————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Willa Glover, Appellant Pro Se.  Erika Harrison, TURNER, PADGET,
GRAHAM & LANEY, PA, Charleston, South Carolina, Carmelo Barone
Sammataro, TURNER, PADGET, GRAHAM & LANEY, PA, Columbia, South
Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willa Glover seeks to appeal the district court's order granting partial summary judgment to Food Lion, LLC.[*] This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Glover seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Glover's motion for transcripts and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Glover incorrectly identified the defendant as Food Lion, Inc.